UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| Debra A. Beardsley, | ) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT IN A CIVIL CASE** |
| | ) **CASE NO. 7:14-CV-119-BO** |
| Carolyn W. Colvin, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiffs motion for judgment on the pleadings is **GRANTED**, defendant's motion for judgment on the pleadings . The decision of the ALJ is **REMANDED** to the Acting Commissioner for further proceedings consistent with this decision.

**This Judgment Filed and Entered on June 2, 2015, and Copies To:**

Charlotte Williams Hall       (via CM/ECF Notice of Electronic Filing)
Elisa Donohoe                 (via CM/ECF Notice of Electronic Filing)
David M. Mansfield            (via CM/ECF Notice of Electronic Filing)

DATE:                         JULIE RICHARDS JOHNSTON, CLERK
June 2, 2015

                              (By) /s/ Linda Downing
                                   Deputy Clerk